# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153838

AGRI-SCIENCE TECHNOLOGIES, L.L.C.,
      Plaintiff-Appellant,

v

                                   SC: 153838
                                   COA: 325182
                                   Oceana CC: 14-010505-CK

GREINER'S GREEN ACRES, INC.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 17, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



s0522

Clerk